UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

DONALD LEE HICKMAN, )
 )
Plaintiff, )
 )
v. ) No.: 3:11-CV-222
 ) (VARLAN/GUYTON)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
 )
Defendant. )

**ORDER**

This Social Security appeal is before the Court on the Report and Recommendation

entered by United States Magistrate Judge H. Bruce Guyton on September 20, 2011 [Doc.

12]. There have been no timely objections to the Report and Recommendation and enough

time has passed since the filing of the Report and Recommendation to treat any objections

as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

In the Report and Recommendation, the magistrate judge recommends that the

Commissioner's motion to dismiss [Doc. 6] be granted. The Court has carefully reviewed

this matter, including the underlying motion and complaint. The Court is in agreement with

the magistrate judge's recommendation, which the Court adopts and incorporates into its

ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation

[Doc. 12]. Additionally, it is hereby **ORDERED** that Defendant's Motion to Dismiss [Doc.

6] is **GRANTED**.  This case is **DISMISSED**, and the Clerk of Court is **DIRECTED** to close

this case.

IT IS SO ORDERED.


s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE



ENTERED AS A JUDGMENT

s/ Patricia L. McNutt
CLERK OF COURT

2